THE STATE, Respondent, vs. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY, Appellant.

*April 12—June 20, 1907.*

APPEAL from an order of the circuit court for Dane county: WARREN D. TARRANT, Judge. *Reversed.*

C. H. *Van Alstine,* for the appellant.

For the respondent there was a brief by the *Attorney General* and A. C. *Titus,* assistant attorney general, and L. M. *Sturdevant,* of counsel, and oral argument by the *Attorney General* and Mr. *Sturdevant.*

SIEBECKER, J. The questions presented on this appeal are identical with those presented in *State v. Chicago & N. W. R. Co., ante,* p. 345,

112 N. W. 515. Such being the fact, this case is ruled in every particular by that one.

In that case the order appealed from was reversed, and the cause remanded with directions to the lower court to sustain the demurrer as to the causes of action which accrued prior to February 4, 1899, and to overrule the demurrer as to the causes of action which accrued after that date. The same order should be made in the instant case.

*By the Court.*—It is so ordered.